UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 13-80165-CR-RYSKAMP/HOPKINS
CASE NO. _____

21 U.S.C. 841(a)(1)

UNITED STATES OF AMERICA

v.

JAVARIS RESHAD BARTELMY,

Defendant.
_____/



FILED by KZ D.C.
ELECTRONIC

Aug 16, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### INFORMATION

The United States Attorney charges that:

On or about June 15, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**JAVARIS RESHAD BARTELMY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved over 28 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JAVARIS RESHAD BARTELMY,

        Defendant.
_____/

CASE NO. 13-8065-CR- RUSKAMP/HOPKINS

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   1-2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   Yes
If yes:
Judge: Kenneth A. Marra   Case No. 13-80034-CR-KAM
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   No
If yes:
Magistrate Case No.   _____
Related Miscellaneous numbers:   _____
Defendant(s) in federal custody as of   02/20/13
Defendant(s) in state custody as of   _____
Rule 20 from the   _____   District of   _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

/s/ Rinku Tribuiani
_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990

*Penalty Sheet(s) attached                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 13-80165-CR-Ryskamp/Hopkins

Defendant's Name: JAVARIS RESHAD BARTELMY

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 5 years - 40 years<br>SR: 4 years up to life<br>$5 million fine<br>$100 special assessment |